■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEFFREY JONES, Relator, v. WARDEN, GREAT MEADOW CORRECTIONAL FACILITY, Respondent. — Application for a writ of habeas corpus and for other relief denied. (See *People* v. *Jones,* 41 A D 2d 804; *People* v. *Johnson,* 41 A D 2d 804.) Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.